1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   THOMAS R. KAUFMAN, Cal. Bar No. 177936
2  tkaufman@sheppardmullin.com
   PAUL BERKOWITZ, Cal. Bar No. 251077
3  pberkowitz@sheppardmullin.com
   MICHAEL T. CAMPBELL, Cal. Bar No. 293376
4  mcampbell@sheppardmullin.com
   1901 Avenue of the Stars, Suite 1600
5  Los Angeles, California 90067-6055
   Telephone:  310.228.3700
6  Facsimile:   310.228.3701

7  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
8

9  THE LAW OFFICE OF OMID NOSRATI
   OMID NOSRATI, Cal. Bar. No. 216350
10 omid@nosratilaw.com
   1875 Century Park East, 6th Floor
11 Los Angeles, California 90067
   Telephone:  310.553.5630
12 Facsimile:   310.553.5691

13 Attorneys for Plaintiff
   CHRISTINE FRANCIS
14

15

16              UNITED STATES DISTRICT COURT

17            EASTERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19 CHRISTINE FRANCIS, | Case No. 1:14-cv-01793-LJO-JLT |
| 20          Plaintiff, | Assigned to The Hon. U.S. Magistrate Judge Jennifer L. Thurston |
| 21      v. | |
| 22 WELLS FARGO BANK, NATIONAL ASSOCIATION, | **JOINT STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE PURSUANT TO FRCP 41** |
| 23          Defendants. | |
| 24 | |
| 25 | |

26

27

28

1

## JOINT STIPULATION

2      Pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, this

3 Stipulation is entered into by and between Plaintiff Christine Francis ("Plaintiff")

4 and Defendant Wells Fargo Bank, N.A., through their respective counsel of record:

5      **WHEREAS**, on July 22, 2014, Plaintiff filed her Complaint in Kern County

6 Superior Court;

7      **WHEREAS**, on November 14, 2014, Defendant removed the case to federal

8 court; and

9      **WHEREAS**, the parties have entered into an agreement to resolve the lawsuit

10 and to dismiss the action in its entirety with prejudice.

11 ///
12 ///
13 ///
14 ////
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

SMRH:473087300.1      JOINT STIPULATION TO DISMISS CASE

1    **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the

2  parties, through their counsel, that Plaintiff's claims against Defendant are dismissed

3  with prejudice pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil

4  Procedure and that each party will bear her or its own attorneys' fees and costs.

5

6    **IT IS SO STIPULATED.**

7  Dated:  September 16, 2015

8                                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

9

10              By        _____ /s/ Paul Berkowitz _____

11                                              THOMAS R. KAUFMAN
                                                PAUL BERKOWITZ
12                                              MICHAEL T. CAMPBELL
                                                Attorneys for Defendant
13                                              WELLS FARGO BANK, N.A.

14

15  Dated:  September 16, 2015

16                                         THE LAW OFFICE OF OMID NOSRATI

17

18              By        _____ /s/ Omid Nosrati _____

19                                              OMID NOSRATI
                                                Attorneys for Plaintiff
20                                              CHRISTINE FRANCIS

21

22                           IT IS SO ORDERED.

23                           Dated:   **September 30, 2015**

24                           **/s/ Lawrence J. O'Neill**

25                               UNITED STATES DISTRICT JUDGE

26

27

28